UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TINIELL CATO,<br><br>        Plaintiff,<br><br>      v.<br><br>SOCIAL JUSTICE FUND NW, *et al.*,<br><br>        Defendants. | NO. C17-345RSL<br><br>ORDER DISMISSING CASE |

On May 30, 2017, the Court granted defendants' motion to dismiss for failure to state a claim, but granted plaintiff leave to file a motion to amend her complaint to remedy the identified deficiencies. Dkt. # 23. Plaintiff was given a deadline of June 16, 2017 to file this motion to amend. As plaintiff has not moved for leave to amend, the case is hereby DISMISSED. The Clerk of Court is directed to enter judgment against plaintiff and in favor of defendants.

DATED this 29th day of June, 2017.

                                                              Robert S. Lasnik
                                                              United States District Judge

ORDER DISMISSING CASE